

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-21-00523-CV

**IN THE INTEREST OF C.M.S. A CHILD**

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

After consideration, we **GRANT IN PART** appellant's first motion for extension of time to file his brief. Appellant's motion is due on or before **February 25, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2022.



_____
Michael A. Cruz,
Clerk of Court